**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| TAMERA SWEETON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 23-0088-CV-W-BCW |
| | ) | |
| Vitals Consumer Services, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Having been notified of the settlement in this case and it appearing that no issue remains for the Court's determination with respect to these claims, it is hereby

ORDERED that this case is DISMISSED without prejudice. In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 60 days of the date of this Order. In addition, the Court retains jurisdiction over enforcement of the settlement agreed to by the parties.

IT IS SO ORDERED.

DATED: April 1, 2025

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT